**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | **MJ 20-  11  -GF-JTJ** |
| **Information Associated With Facebook User ID 100008597926029 That is Stored at Premises Controlled By Facebook Inc.** | **ORDER** |

The United States has submitted an application pursuant to 18 U.S.C. §

2705(b), requesting that the Court issue an Order commanding Facebook, Inc., an

electronic communication service or remote computing service, not to notify any

person, including the subscribers and customers of the accounts listed in the

caption above, of the existence of the attached search warrant until further order of

the Court or until one year from the date such an order is issued, whichever occurs

first.

The Court determines that there is reason to believe that notification of the

existence of the attached search warrant will seriously jeopardize the investigation,

including giving targets an opportunity to destroy or tamper with evidence, change

patterns of behavior, or intimidate potential witnesses.   *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook,

Inc. shall not disclose the existence of the attached search warrant or this Order of

the Court, to the listed subscribers or to any other person, for a period of one year

or until further order of the court, whichever first occurs, except that Facebook,

Inc. may disclose the attached search warrant to an attorney for Facebook, Inc. for

the purpose of receiving legal advice

IT IS FURTHER ORDERED that this case and all pleadings in it, including

the Application, Affidavit, and Search Warrant filed herein, are SEALED.

This case may be unsealed for the limited purposes of providing copies of

documents in discovery, upon initial appearance on an Indictment or Information

by any defendant related to this search warrant, and service/receipt of request for

discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this _12th_ day of February, 2020.

Hon. John Johnston
United States Magistrate Judge

2